In the Matter of the Claim of Rose Halpern, Appellant, v. Murray Halpern Agency, Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Herlihy, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.